IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:19CR292-SMD |
| | ) | [18 U.S.C. § 242] |
| LEON TROY WILLIAMS | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

## COUNT I
(Deprivation of Rights Under Color of Law)

On or about February 16, 2019, in Elmore County, in the Middle District of Alabama, the defendant,

**LEON TROY WILLIAMS,**

while acting under color of law as a Correctional Officer at Elmore Correctional Facility (Elmore), willfully deprived inmate C.R. of the right, secured and protected by the Constitution of and laws of the United States, to be free from cruel and unusual punishment by one acting under color of law. Specifically, LEON TROY WILLIAMS willfully failed to intervene to stop ULYSSES OLIVER, JR. from physically assaulting C.R., while C.R. was handcuffed behind his back.

All in violation of Title 18, United States Code, Section 242.

## COUNT 2
(Deprivation of Rights Under Color of Law)

On or about February 16, 2019, in Elmore County, in the Middle District of Alabama, defendant,

**LEON TROY WILLIAMS,**

while acting under color of law as a ~~Correctional Sergeant~~ Correctional Officer (amended on 8/5/19) at Elmore Correctional Facility

(Elmore), willfully deprived inmate C.H. of the right, secured and protected by the Constitution of and laws of the United States, to be free from cruel and unusual punishment by one acting under color of law. Specifically, LEON TROY WILLIAMS willfully failed to intervene to stop ULYSSES OLIVER, JR. from physically assaulting C.H., while C.H. was handcuffed behind his back.

All in violation of Title 18, United States Code, Section 242.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

Ben Baxley
Assistant United States Attorney

David Reese
Trial Attorney
United States Department of Justice
Civil Rights Division